# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

October 2, 2025

**Application GRANTED. The deadline for the FRP's signature on the bond is extended to October 9, 2025.**

**SO ORDERED.**

_Sarah Cave_
USMJ 10/2/2025

**BY ECF & EMAIL**

Hon. Sarah L. Cave
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re: Kenny Grullon (25-MJ-3046-UA)**

Dear Judge Cave:

The Defense writes to request a one-week extension of the deadline, from October 2, 2025 to October 9, 2025, for the conditions of the bond to be met in this matter. This is the first request by the Defense for an extension of time to meet the requirements of the bond. The government does not oppose this request.

Mr. Grullon was released on September 25, 2025 on a $25,000 appearance bond with one week to have his mother sign as a person of moral suasion and a second individual sign as a financially responsible person.

It is undersigned counsel's understanding that Mr. Grullon's mother signed today as a person of moral suasion. However, the financially responsible person that has indicated they will sign the bond needs additional time to speak with our office's paralegal, conduct the interview for the bond, and sign the bond.

Mr. Grullon has complied with all other conditions of release, including the surrendering of his passport.

The parties are scheduled for a telephonic check-in before your Honor on October 10, 2025.

Respectfully submitted,

/s/ Mitchell Schwartz
Mitchell Schwartz
Assistant Federal Defender